1 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROBERT M. COLLINS, SB# 254915
2    E-Mail: Robert.Collins@lewisbrisbois.com
633 West 5th Street, Suite 4000
3 Los Angeles, California 90071
Telephone: 213.250.1800
4 Facsimile: 213.250.7900

5 Attorneys for Defendant TheBalm Cosmetics, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALI MAHDAVI, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>vs.<br><br>THEBALM COSMETICS HOLDINGS, INC., AND DOES 1 THROUGH 10 INCLUSIVE,<br><br>Defendants. | CASE NO. 2:20-CV-00332-ODW-SK<br>The Hon. The Honorable Otis D. Wright<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Waiver of Summons and Complaint: January 29, 2020<br>Current response date: March 30, 2020<br>New Response date: April 13, 2020<br><br>Trial Date:   None Set |

4852-2907-9224.1

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

1  WHEREAS, Plaintiff Ali Mahdavi ("Plaintiff") filed this action on January 13, 2020;

2  WHEREAS, Defendant theBalm Cosmetics Holdings, Inc. ("Defendant") agreed to waive service of the Summons and Complaint in this action on January 29, 2020, making Defendant's response to the Complaint due on or before March 30, 2020;

3  WHEREAS, pursuant to Local Rule 8-3, Plaintiff and Defendant have agreed to extend the deadline for Defendant to respond to the complaint in this action by 14 days;

4  WHEREAS, no previous extension of time has been granted on Defendant's time to respond to the complaint in this action;

5  NOW THEREFORE, IT IS HEREBY STIPULATED that Defendant's time to file its response to the Complaint in this action is extended up to and including April 13, 2020.

DATED: March 25, 2020   ROBERT M. COLLINS
LEWIS BRISBOIS BISGAARD & SMITH LLP


By:    /s/ Robert M. Collins
       Robert M. Collins
       Attorneys for Defendant TheBalm
       Cosmetics, Inc.

| | |
|---|---|
| 1  DATED: March 25, 2020 | STEPHEN CHARLES MCARTHUR |
| 2 | THE MCARTHUR LAW FIRM, PC |

By: _____/s/ Stephen McArthur_____
Stephen Charles McArthur
Attorneys for Plaintiff Ali Mahdavi

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

4852-2907-9224.1

3

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW