| | |
|---|---|
| 1<br>2<br>3<br>4 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**<br>ROBERT M. COLLINS, SB# 254915<br>  E-Mail: Robert.Collins@lewisbrisbois.com<br>633 West 5th Street, Suite 4000<br>Los Angeles, California 90071<br>Telephone: 213.250.1800<br>Facsimile: 213.250.7900 |
| 5 | Attorneys for Defendant TheBalm Cosmetics, Inc. |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALI MAHDAVI, AN INDIVIDUAL,<br><br>           Plaintiff,<br><br>    vs.<br><br>THEBALM COSMETICS HOLDINGS, INC., AND DOES 1 THROUGH 10 INCLUSIVE,<br><br>           Defendants. | CASE NO. 2:20-CV-00332-ODW-SK<br>The Hon. The Honorable Otis D. Wright<br><br>**FOURTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Waiver of Summons and Complaint: January 29, 2020<br>Current response date: May 11, 2020<br>New Response date: May 25, 2020<br><br>Trial Date:    None Set |

4843-4834-8860.1

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

1  WHEREAS, Plaintiff Ali Mahdavi ("Plaintiff") filed this action on January 13, 2020;

2  WHEREAS, Defendant theBalm Cosmetics Holdings, Inc. ("Defendant") agreed to waive service of the Summons and Complaint in this action on January 29, 2020, making Defendant's response to the Complaint due on or before March 30, 2020;

3  WHEREAS, pursuant to Local Rule 8-3, Plaintiff and Defendant previously agreed to extend the deadline for Defendant to respond to the complaint until May 11, 2020;

4  WHEREAS, Plaintiff and Defendant continue to negotiate an early resolution of this matter in good faith and are now in the process of finalizing a settlement agreement between them;

5  WHEREAS, finalization of the settlement agreement has been delayed due to business closure and unavailability of the parties as a result,

6  WHEREAS, and Plaintiff and Defendant believe that an additional 14 day extension of time for Defendant to respond to the complaint will allow the parties needed time to finalize their settlement agreement and will help to promote an early resolution of this matter;

7  NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that Defendant's time to file its response to the Complaint in this action shall be extended by 14 days, or through and including May 25, 2020.

| | | |
|---|---|---|
| 1 | DATED: May 10, 2020 | ROBERT M. COLLINS |
| 2 | | LEWIS BRISBOIS BISGAARD & SMITH LLP |

By:     /s/ Robert M. Collins
       Robert M. Collins
       Attorneys for Defendant TheBalm
       Cosmetics, Inc.

DATED: May 10, 2020      STEPHEN CHARLES MCARTHUR
                                             THE MCARTHUR LAW FIRM, PC

By:     /s/ Stephen McArthur
       Stephen Charles McArthur
       Attorneys for Plaintiff Ali Mahdavi

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.