1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
10

| | |
|---|---|
| ALI MAHDAVI, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>vs.<br><br>THEBALM COSMETICS HOLDINGS, INC., AND DOES 1 THROUGH 10 INCLUSIVE,<br><br>Defendants. | CASE NO. 2:20-CV-00332-ODW-SK<br>The Hon. The Honorable Otis D. Wright<br><br>**ORDER GRANTING FOURTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Trial Date:    None Set |

[PROPOSED] ORDER

1   This Court has considered the parties' Stipulation to extend the time for
2   Defendant TheBalm Cosmetics Holdings, Inc. to respond to the Complaint until
3   May 25, 2020.
4   Good cause appearing, IT IS HEREBY ORDERED, that Defendant TheBalm
5   Cosmetics Holdings, Inc. shall have until May 25, 2020, to respond to the
6   Complaint.
7   IT IS SO ORDERED.
8   DATED: May 12, 2020

By: *[signature]*
Otis D. Wright, II
United States District Judge