UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALI MAHDAVI, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>vs.<br><br>THEBALM COSMETICS HOLDINGS, INC., AND DOES 1 THROUGH 10 INCLUSIVE,<br><br>Defendants. | CASE NO. 2:20-CV-00332-ODW(SK)<br>The Hon. The Honorable Otis D. Wright<br><br>**ORDER GRANTING FIFTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Trial Date:    None Set |

[PROPOSED] ORDER

1   This Court has considered the parties' Stipulation to extend the time for
2   Defendant TheBalm Cosmetics Holdings, Inc. to respond to the Complaint until
3   June 8, 2020.
4   Good cause appearing, IT IS HEREBY ORDERED, that Defendant TheBalm
5   Cosmetics Holdings, Inc. shall have until June 8, 2020, to respond to the Complaint.
6   IT IS SO ORDERED.
7   DATED: May 26, 2020

By: _____
Otis D. Wright, II
United States District Judge