NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALI MAHDAVI, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>vs.<br><br>THEBALM COSMETICS HOLDINGS, INC., AND DOES 1 THROUGH 10 INCLUSIVE,<br><br>Defendants. | CASE NO. 2:20-CV-00332-ODW-SK<br><br>**ORDER GRANTING SIXTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Trial Date:   None Set |

LEWIS
BRISBOIS

4816-2383-9167.1

[PROPOSED] ORDER

This Court has considered the parties' Stipulation to extend the time for Defendant TheBalm Cosmetics Holdings, Inc. to respond to the Complaint until June 22, 2020.

Good cause appearing, IT IS HEREBY ORDERED, that Defendant TheBalm Cosmetics Holdings, Inc. shall have until June 22, 2020, to respond to the Complaint. The Parties are on notice, however, that the Court is not inclined to grant further extensions of time.

**IT IS SO ORDERED.**

DATED: June 11, 2020

By: *[signature: Otis D. Wright]*
Otis D. Wright, II
United States District Court Judge

4816-2383-9167.1

2
[PROPOSED] ORDER