Stephen C. McArthur (State Bar No. 277712)
stephen@smcarthurlaw.com
Thomas E. Dietrich (State Bar No. 254282)
tom@smcarthurlaw.com
THE MCARTHUR LAW FIRM PC
11400 W. Olympic Blvd. Suite 200
Los Angeles, CA 90064
Telephone: (323) 639-4455

*Attorneys for Plaintiff Ali Mahdavi*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ali Mahdavi, an individual<br><br>    Plaintiff,<br><br>    vs.<br><br>TheBalm Cosmetics Holdings, Inc and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case: 2:20-cv-00332<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ali Mahdavi hereby gives notice that the above-styled action is voluntarily dismissed with prejudice.

DATED: July 8, 2020                                    THE MCARTHUR LAW FIRM, PC

                                                                          By: *Stephen McArthur*
                                                                          Stephen McArthur
                                                                          Thomas Dietrich
                                                                          *Attorneys for Plaintiff Ali Mahdavi*

1